No. D–1407.   IN RE DISBARMENT OF ANAST.   It is ordered that Nick J. Anast, of Schererville, Ind., be suspended from the

practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.